Certificate Number: 16339-NYE-DE-031671647

Bankruptcy Case Number: 18-44537



16339-NYE-DE-031671647

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 25, 2018</u>, at <u>7:49</u> o'clock <u>PM EDT</u>, <u>Michael Khanaan</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of New York</u>.

Date:  <u>September 25, 2018</u>          By:    <u>/s/Kelley Tipton</u>

                                              Name:  <u>Kelley Tipton</u>

                                              Title:   <u>Certified Financial Counselor</u>